IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFIZER, INC., et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 19-1209-RGA |
| | : | |
| GLENMARK PHARMACEUTICALS LIMITED, et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER AFTER PRETRIAL CONFERENCE**

Now, this 4th day of November, 2022, after a pretrial conference, and upon consideration of the proposed (and undisputed) pretrial order (D.I. 183) and the discussion at the pretrial conference, IT IS HEREBY ORDERED that:

1. The Proposed Pretrial Order (D.I. 183) is **ADOPTED** as modified by any discussion at the pretrial conference.

2. A bench trial will begin on Monday, November 21, 2022, at 8:30 a.m.  Each party should be prepared to present its case until 5:00 p.m. of each trial day, although the end of the trial day may, in the discretion of the Court, be earlier or later than 5:00 p.m.

3. The trial is timed.  Each side is allowed 10 ½ hours for its opening statement and its direct and cross-examination of witnesses.  Time during the trial day that does not neatly fit into one of those categories will be attributed to one side or the other as the Court thinks most appropriate.

4. Trial counsel are to be present and ready to proceed at 8:15 a.m. each and every day of trial.  **COUNSEL SHOULD UNDERSTAND THAT THERE MAY BE LONG LINES**

**(PARTICULARLY WHEN A JURY IS BEING SELECTED) TO ENTER THE COURTHOUSE AND SHOULD PLAN ACCORDINGLY.** There will be up to an hour for lunch and a fifteen-minute break in both the morning and the afternoon.

    5.   The parties filed no motions in limine.

    6.   Any trial logistics, including for remote testimony if that is necessary, should be coordinated through the Courtroom Deputy.

/s/ Richard G. Andrews
United States District Judge